**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **MICHAEL ISAACS,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CASE NO. 7:12-CV-33 (HL)** |
| | : | |
| **DEPARTMENT OF HOMELAND** | : | |
| **SECURITY,** | : | |
| **Defendant** | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 26) filed October 31, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 4th day of December, 2012.

*s/ Hugh Lawson* _____
**HUGH LAWSON, Senior Judge**
**United States District Court**