IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**MICHAEL ISAACS,**

    Petitioner,

    v.                          Case No. 7:12-cv-33 (HL)

**DEPARTMENT OF HOMELAND SECURITY,**

    Respondent.

**ORDER**

Before the Court is Petitioner Michael Isaacs' Motion for Reconsideration (Doc. 34). In his Motion, Petitioner asks this Court to reconsider its earlier order adopting the recommendation of the Magistrate Judge dismissing Petitioner's petition for writ of habeas corpus.

Petitioner's Motion for Reconsideration, filed on May 24, 2013, was filed 171 days after judgment was entered in this case. Federal Rule of Civil Procedure 59(e) only allows twenty-eight days for the filing of a motion to alter or amend a judgment, and therefore, Petitioner's motion was not timely filed and must be denied.

**SO ORDERED**, this 30th day of May, 2013.

                                          *s/ Hugh Lawson*_____
                                          HUGH LAWSON, SENIOR JUDGE

ebrs