IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**MICHAEL ISAACS,**

    Petitioner,

v.

**DEPARTMENT OF HOMELAND SECURITY**,

    Respondent.

Civil Action No. 7:12-CV-33 (HL)

## ORDER

Before the Court is Petitioner's second Motion for Reconsideration (Doc. 39). The motion is denied. As the Court stated in its Order (Doc. 35) denying the first motion for reconsideration, Federal Rule of Civil Procedure 59(e) only allows twenty-eight days in which a party may file a motion to alter or amend a judgment. Plaintiff's original motion was thus untimely coming as it did nearly six months after final judgment was entered in his case. He now apparently claims to have been unable to respond because his place of incarceration changed and he did not receive the Court's mail. The Court is not persuaded by this argument. Petitioner had a duty to inform the Court of any change in his mailing address, as he was clearly aware. (See Docs. 9, 36, 38).

**SO ORDERED**, this the 31st day of October, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr